Poopak TA'ATI, Plaintiff—Appellant,

v.

BOARD OF TRUSTEES OF MONT-
GOMERY COMMUNITY COL-
LEGE, Defendant—Appellee.

No. 05–1510.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 3, 2006.

Decided: March 20, 2006.

Poopak Ta'ati, Appellant Pro Se. Sharon
Veronica Burrell, Joann Robertson, Coun-
ty Attorney's Office, Rockville, Maryland,
for Appellee.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Poopak Ta'ati appeals the district court's
order granting summary judgment to the
Defendant on her employment discrimina-
tion complaint. We have reviewed the rec-
ord and find no reversible error. Accord-
ingly, we affirm for the reasons stated by
the district court in the bench hearing of
April 18, 2005. See Ta'ati v. Board of
Trustees of Montgomery Community Col-
lege, Nos. CA–03–2097–RWT; CA–04–
3799–RWT (D.Md. Apr. 18, 2005). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

AFFIRMED